# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-069-RJC-DCK

| | |
|---|---|
| VIRGINIA CLARE BEEMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SOUTHERN CONCRETE MATERIALS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion For Allowance Of Two Additional Depositions" (Document No. 14) filed December 14, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion For Allowance Of Two Additional Depositions" (Document No. 14) is **GRANTED**. Each side may conduct a total of eight (8) depositions; two (2) of those depositions shall be limited to three and one-half (3 ½) hours apiece.

**SO ORDERED**.

Signed: December 15, 2022

David C. Keesler
United States Magistrate Judge