IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-069-RJC-DCK

| | |
|---|---|
| VIRGINIA CLARE BEEMER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SOUTHERN CONCRETE MATERIALS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Movant Stevenson-Weir/Southern, LLC's "Joint Consent Motion To Join Protective Order" (Document No. 21) filed January 31, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Movant Stevenson-Weir/Southern, LLC's "Joint Consent Motion To Join Protective Order" (Document No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that the restrictions and procedures of the "Consent Protective Order" (Document No. 11) shall apply to the information to be provided by Movant Stevenson-Weir/Southern, LLC ("SWS") pursuant to the Court's "Order" (Document No. 19).

**SO ORDERED**.

Signed: January 31, 2023

David C. Keesler
United States Magistrate Judge