IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-069-RJC-DCK

| | |
|---|---|
| **VIRGINIA CLARE BEEMER,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **SOUTHERN CONCRETE MATERIALS, INC.,** | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Virginia Clare Beemer, and Defendant, Southern Concrete Materials, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 9th day of March, 2023.

**For Plaintiff:**

*/s/ Jenny L. Sharpe*
Jenny L. Sharpe, Esq.
N.C. State Bar No. 13698
**J SHARPE, PLLC**
15720 Brixham Hill Avenue
Suite 300
Charlotte, North Carolina 28277
Telephone: (704) 944-3272
Facsimile: (704) 944-3201
Email: sharpeattorney@gmail.com

**For Defendant:**

/s/ Philip S. Anderson
Philip S. Anderson, Esq.
N.C. State Bar No. 21323

**VAN WINKLE, BUCK, WALL, STARNES & DAVIS, P.A.**
11 North Market Street
Asheville, North Carolina 28801
Telephone: (828) 258-2991
Facsimile: (828) 255-0255
Email: panderson@vwlawfirm.com